# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-2307

_____

United States of America,

*Plaintiff - Appellee,*

v.

Nicholas Anthony Garcia,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Council Bluffs

_____

Submitted: January 15, 2019
Filed: January 28, 2019
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Nicholas Garcia directly appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm offenses. His counsel has filed a brief under

---

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

*Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

After careful review, we conclude that the district court did not impose an unreasonable sentence. The district court properly considered the factors set forth in 18 U.S.C. § 3553(a), and the sentence it imposed was below the advisory guideline range. *See United States v. Torres-Ojeda*, 829 F.3d 1027, 1030 (8th Cir. 2016).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm.

_____